UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DeBOSE, | No. C 12-4234 SI (pr) |
| Plaintiff/Petitioner, | **JUDGMENT** |
| v. | |
| KEVIN CHAPPELL, warden, | |
| Defendant/Respondent. | |

The petition is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 24, 2013

_____
SUSAN ILLSTON
United States District Judge